ROS.27086

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **RITA VANEGAS,** | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. _____ |
| | § | |
| **ROSS DRESS FOR LESS, INC.,** | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant **ROSS DRESS FOR LESS, INC.** (hereinafter "Defendant" or "Ross"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446(a), files this Notice of Removal.

### I. INTRODUCTION

1. This removal is based on diversity jurisdiction. Plaintiff Rita Vanegas ("Plaintiff") has sued Ross for negligence/premises liability and resulting personal injury damages arising from an incident that allegedly occurred on May 21, 2021 at a store located in Tarrant County, Texas. Plaintiff filed suit on January 17, 2023, in the 96th Judicial District Court, Tarrant County, Texas.

2. Plaintiff is now, and was at the time of removal and at the time of the filing of the lawsuit, an individual resident and citizen of the State of Texas.

3. In contrast, Ross is now, and was at the time of removal and at the time of the filing of the lawsuit, a corporation incorporated under the laws of the States of Virginia, with its principal place of business, including its corporate headquarters, in the State of California. Ross is now, and was at the time this action commenced, a citizen of the State of California and of no other state.

4. In addition, the amount in controversy exceeds $75,000.00, exclusive of interest and costs. In particular, Plaintiff's Original Petition seeks monetary relief "over $250,000, but not more than $1,000,000,000 [sic]." Thus, on its face, Plaintiff's Petition plausibly seeks more than

$75,000.00.

5. Defendant timely files this Notice of Removal within 30 days of service of Plaintiff's Original Petition. This action has been on file for less than one year.

## II. GROUNDS FOR REMOVAL: DIVERSITY JURISDICTION

### A. Diversity Jurisdiction Exists

6. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." As demonstrated below, this action is removable under 28 U.S.C. §1441(a) because this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

7. Removal is proper because this lawsuit involves a controversy between citizens of different states.

8. Plaintiff is a citizen of Texas. Her present address is a single-family residential building located in Tarrant County, Texas.

9. Defendant Ross Dress for Less, Inc. is a Virginia corporation with its principal place of business at Dublin, California.

10. In addition, the amount in controversy exceeds $75,000.00, exclusive of interest and costs. 28 U.S.C. §§ 1332, 1441. Specifically, Plaintiff seeks "maximum recovery of over $250,000 but not more than $1,000,000,000 [sic]" in this lawsuit. *See* Plaintiff's Original Petition, ¶ 1. Moreover, she seeks damages for past and future medical expenses, past and future physical pain and suffering, past and future mental anguish, past and future impairment, past and future disfigurement, and past and future lost wages. *Id*., ¶ 19. The amount in controversy thus exceeds $75,000.00, exclusive of interest and costs.

**B.     Removal Is Timely**

11.     Plaintiff filed suit on January 17, 2023. Defendant was served on January 26, 2023. Defendant timely files this Notice of Removal within 30 days from the date of service of Plaintiff's Original Petition. In addition, the suit has been pending for less than a year. Therefore, removal of this action is timely.

### III.  COMPLIANCE WITH REMOVAL PROCEDURES

12.     Attached to Defendant's Notice of Removal are the following documents required by 28 U.S.C. § 1446(a) and N.D. TEX. LOC. R. 81.1 (these documents are hereby incorporated by reference in all respects):

    A.     Civil Cover Sheet;

    B.     Supplemental Civil Cover Sheet;

    C.     Defendant's Index of Documents:

        1.     State Court Docket Sheet;

        2.     Plaintiff's Original Petition, filed January 17, 2023;

        3.     Return of Service dated January 26, 2023; and

        4.     Defendant's Original Answer, filed February 15, 2023.

    D.     Defendant's Certificate of Interested Parties.

13.     Venue is proper in this district pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Northern District of Texas, Fort Worth Division, embraces Tarrant County, Texas, where the state court action was filed and is currently pending. Specifically, Plaintiff filed suit in the 96th Judicial District Court in Tarrant County, Cause No. 096-339595-23.

14.     Defendant will immediately file a copy of this Notice of Removal with the clerk of the state court in which the state court action is pending.

15.     In the event that Plaintiff seeks to remand this case, or the Court considers remand *sua sponte*, Defendant respectfully requests the opportunity to submit such additional argument or

evidence in support of removal as may be necessary.

16. Defendant has requested a trial by jury.

**WHEREFORE, PREMISES CONSIDERED,** Defendant requests this action be immediately and entirely removed upon filing of this Notice of Removal to the United States District Court for the Northern District of Texas, Fort Worth Division, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

**FLETCHER, FARLEY
SHIPMAN & SALINAS, LLP**

*/s/ Fernando P. Arias*
**FERNANDO P. ARIAS**
**ATTORNEY IN CHARGE**
State Bar No. 24025946
**CLARISSA PEREZ**
State Bar No. 24125684
9201 N. Central Expwy., Suite 600
Dallas, Texas 75231
214-987-9600
214-987-9866  fax
fred.arias@fletcherfarley.com
clarissa.perez@fletcherfarley.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing instrument was electronically filed via the Court's CM/ECF system and a true and correct copy of same was delivered to all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 23rd day of February, 2023.

*/s/ Fernando P. Arias*
**FERNANDO P. ARIAS**